IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00091-RM-MJW

TONYA SMITH, individually and as next friend and parent of K.S. and I.S., minor children;
JOSEPH SMITH, a/k/a RACHEL SMITH, individually and as next friend and parent of K.S. and I.S., minor children;
K.S., a minor child; and,
I.S., a minor child,

Plaintiffs,

vs.

DEEPIKA AVANTI,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Attorney Omar Gonzalez-Pagan's Unopposed Motion for Leave to Appear at Scheduling Conference by Telephone (Docket No. 12) is GRANTED;

- Attorney Omar Gonzalez-Pagan's Unopposed Motion for Leave to Appear at Scheduling Conference by Telephone (Docket No. 15) is STRICKEN AS DUPLICATIVE; and

- Attorney Gonzalez-Pagan shall appear at the Scheduling Conference telephonically by called (303) 844-2403 at the appointed time.  Please note that the Court sits in the Mountain Time zone.  If more than one person will be appearing telephonically, all such persons shall be on the line prior to contacting chambers.

Date: March 10, 2016